IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                        NO. 4:02CR00050-01 JLH

TAMARA TOWNSEND                                                                          DEFENDANT

**ORDER**

Pending before the Court is the government's Petition for Revocation of Supervised Release of defendant Tamara Townsend. Document #86. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's petition to revoke is scheduled to begin on **THURSDAY, JANUARY 19, 2012, at 1:30 p.m.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is GRANTED. The Clerk of Court is directed to issue a summons for defendant **TAMARA TOWNSEND** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Chris A. Tarver has previously been appointed to represent defendant.

IT IS SO ORDERED this 5th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE